**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA ANGULO GAXIOLA (1),<br>BERTHA ANGULO GAXIOLA (2),<br>LIZBETH GUERENA RUIZ (3),<br><br>　　　　　　　Defendants. | Case No. 25CR3100-DMS<br>　　　　　　25MJ3815<br><br>**INFORMATION**<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The United States Attorney charges:

On or about July 9, 2025, within the Southern District of California, defendants, MARIA ANGULO GAXIOLA, BERTHA ANGULO GAXIOLA and LIZBETH GUERENA RUIZ, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 23.70 kilograms (52.25 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 8/6/2025            .

　　　　　　　　　　　　　　　　ADAM GORDON
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Tyler J. Bramlet*

　　　　　　　　　　　　　　　　TYLER J. BRAMLET
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

TJB:lml:7/17/2025